IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARVIN and LAURA KAY                                    PLAINTIFF

v.                      No. 4:13-cv-487-DPM

PEAK WATER SYSTEMS LLC; and
FOXBOROUGH ENERGY COMPANY LLC                           DEFENDANTS

## ORDER

The Court notes Peak Water Systems's motion to dismiss, which echos Foxborough's earlier motion. To get the briefing in sync, the Court directs Kay to respond to both motions by 8 November 2013. Either a combined response, or separate responses, will be fine.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

22 October 2013