FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 28 2014

JAMES W. McCORMACK, CLERK
BY:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARVIN and LAURA KAY                              PLAINTIFF

v.                    No. 4:13-cv-487-DPM

PEAK WATER SYSTEMS LLC and
FOXBOROUGH ENERGY COMPANY LLC                     DEFENDANTS

ORDER

Motion, № 41, granted. The Court will hold an in-person status conference on 1 April 2014 at 3:00 p.m. in Courtroom # B-155.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 March 2014