# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MARVIN and LAURA KAY                                   PLAINTIFF

v.                             No. 4:13-cv-487-DPM

PEAK WATER SYSTEMS LLC and
FOXBOROUGH ENERGY COMPANY LLC              DEFENDANTS

## ORDER

Defendants will review plaintiffs' supplemental discovery responses and plaintiffs' expert report, № 51, both of which were provided today at the hearing. If necessary, defendants may file a motion by 13 June 2014 to compel further supplemental responses. Plaintiffs' response to any such motion is due 20 June 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 May 2014