IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARVIN and LAURA KAY                                              PLAINTIFFS

v.                           No. 4:13-cv-487-DPM

PEAK WATER SYSTEMS LLC and
FOXBOROUGH ENERGY COMPANY LLC                                     DEFENDANTS

## ORDER

For the reasons stated on the record at today's telephone conference, motions to strike, № 59 & 62, denied without prejudice as premature; Peak's supplemental discovery responses and status report due by 1 August 2014; and any resulting joint report due by 13 August 2014. The scheduling of Plaintiffs' expert's deposition will hang fire pending resolution of the discovery-response issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014