# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MARVIN KAY and LAURA KAY**                                    PLAINTIFFS

v.                              No. 4:13-cv-487-DPM

**PEAK WATER SYSTEMS LLC and**
**FOXBOROUGH ENERGY CO. LLC**                                   DEFENDANTS

## ORDER

The Court vacates its request for a redline of the proposed amended complaint, № 108, and looks forward to hearing more soon about the status of plaintiffs' claims.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2014