IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARVIN KAY and LAURA KAY                                        PLAINTIFFS

v.                              No. 4:13-cv-487-DPM

PEAK WATER SYSTEMS, LLC and
FOXBOROUGH ENERGY COMPANY, LLC                                  DEFENDANTS

ORDER

The Court congratulates the parties on their settlement. The Court will enter judgment dismissing this case with prejudice unless some party requests other relief before 29 June 2015.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 June 2015