IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARVIN KAY and LAURA KAY                    PLAINTIFFS

v.                No. 4:13-cv-487-DPM

PEAK WATER SYSTEMS, LLC                  DEFENDANT/
                                                                        CROSS CLAIMANT

and

FOXBOROUGH ENERGY COMPANY, LLC        DEFENDANT/
                                                                            CROSS DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice pursuant to the parties' stipulation. The cross-claims are dismissed with prejudice pursuant to the defendants' agreement. The Court retains jurisdiction to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2015